Rev. 5/2017 Prisoner Complaint

FILED

FEB 12 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. <span style="color:orange">5:21-CT-3049</span>

(To be filled out by Clerk's Office only)

James Martin, Jr.

Inmate Number 09045-042

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

# COMPLAINT
(*Pro Se* Prisoner)

D. Leu, warden

Cathy Carlock, H.S.A.

Andrew Comer, EMT-P

Jury Demand?
☒ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐  42 U.S.C. § 1983 (state, county, or municipal defendants)

☒  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐  Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.  PLAINTIFF INFORMATION

James Martin, Jr.
Name

09045-042
Prisoner ID #

Butner Federal Correctional Institution 2
Place of Detention

P.O. Box 1500
Institutional Address

Butner                         NC                27509
City                          State             Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee   ☐ State   ☐ Federal
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced state prisoner
☒  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    D. Leu
Name

Warden
Current Job Title

1000 old Highway NC 75
Current Work Address

Butner                    Nc                    27509
City                      State                 Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2:    Cathy Carlock
Name

Health Services Administrator
Current Job Title

1000 Old Highway NC 75
Current Work Address

Butner                    NC                    27509
City                      State                 Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: _Andrew Comer_
Name

_EMT- p_
Current Job Title

_1000 Old Highway NC 75_
Current Work Address

_Butner_ _NC_ _27509_
City        State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4:
Name

Current Job Title

Current Work Address

City        State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:21-ct-03049-FL     Document 1     Filed 02/12/21     Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: <u>Butner Medium E.C.I. 2, SHU, FMC</u>

Date(s) of occurrence: <u>August 14th, 2020</u>

State which of your federal constitutional or federal statutory rights have been violated:

<u>Eighth Amendment</u>

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Mr. Comer clearly committed and demostrated medical malpractice. His actions was dereliction of professional duty and he was unprofessional in his skill that has resulted in my injuries of giving me another inmates insulin. Because Mr. Andrew comer EMT-P did not ask me my registration number, Mr. Comer has caused me much Anguish extreme pain and distress with his error. Mr. Comer has caused me mental tension with his error and caused me to be subject to psychological pain and suffering with his error.

> Who did what to you?

Mr. Andrew comer instructed me to take the insulin even after looking at the medical roster for the special housing unit, he still insisted on me to take the insulin. D. Leu, warden did nothing to fix or resolve the issue with Mr. Comers actions, and Ms. Cathy Carlock, H.S.A. did nothing to address mr. Comers actions and error, so they caused me to suffer these injuries being his supervisor.

Page 5 of 10

**What happened to you?**

Plaintiff, was given another inmates insulin NPH 14 and 4 regular units and was made very sick. I was given insure, cookies and peanut butter, then later transferred to the F.M.C. Butner where my blood sugar dropped Continuation to 70 and was sick for 72 hours before becoming stabilized. My records was altered to their beneficial. Then I was transferred back to the medium the IV was left in my arm until the next day, before removing it after I agreed with them to given me a Covid-19 test after a false test less than 24 hours at the F.M.C.

**When did it happen to you?**

On August 14th, 2020 at the F.C.I. 2 Butner in special housing unit Cell A101 around 6:30 pm.

**Where did it happen to you?**

In the special housing unit at the F.C.I. 2 (medium) A Range cell 101 through the tray slot (food) slot.

What was your injury?

Anguish causing me extreme pain and distress, emotional injury subjecting Plaintiff to substantial risk of serious injury resulting from defendants deliberate indifference, my rights to adequate Medical care has been violated. Defendant Comer's deliberate indifference Constitutes the unnecessary and wanton of pain proscribed by the Eighth Amendment. Defendant Comer Kn[ew] of and disregard[ed] an excessive risk to Plaintiff's health and safety. Plaintiff Comer was aware of Plaintiff's serious medical issues and history so Plaintiff Comer was aware of facts from which the inference could be drawn that a substantial risk of serious harm exist[ed], this risk was obvious. This grave mistake could have damaged (1) kidney, caused a heart attack, stroke an neumerous issues, like eyesight which was affected, nervous system... an psychological well being.

Plaintiff with this insolin was "extreme emotional injury" and "substantial risk", there of action under the Eighth Amendment.

Plaintiffs Eight Amendment has been violated therefore defendant's are not entitled to immunity.

Plaintiff was sick at stomach, dizzy, weakness, agitated and feared of dieing due to health problems.

Plaintiff forever prays.

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☒ Yes    ☐ No
        If no, explain why not:

_____ N/A _____

_____

_____

_____

_____

Is the grievance process completed?                                    ☐ Yes    ☒ No
        If no, explain why not:

Plaintiff is locked down 47 hours 15 minutes, when out 15 minutes, I have no access to my Counselor, he is in another unit and he dont make rounds and my Case Manager and Unit Manager says the Counselor has to issue remedies I have did BP-9 but denied

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1) Plaintiff seeks compensatory damages of $75,000 from each defendant;

(2) Plaintiff seeks punitive damages of $50,000 from each defendant.

(3) Plaintiff seeks recovery of Cost of this suit.

(4) Any additional relief this Honorable Court deems, just, proper, and equitable.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?      ☒ Yes      ☐ No

If yes, how many?   *Two   (2)*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1). In Louisville, Ky, 2011, Martin V. Hastins, paper work was Last during transfer. was dismissed but for frivolous or malicious or failure to state a claim for releif.

2) In scranton, PA, Martin V. Invisions 2019, papers was also in same box. Was dismissed but not for frivolous nor malicious nor failure to state of for relief.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1-30-21
Dated

James Martin Jr.
Plaintiff's Signature

James Martin, Jr.
Printed Name

09045-042
Prison Identification #

P.O. Box 1500          Butner          NC          27509
Prison Address         City            State       Zip Code